IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ZACKARY KALEOKALANI SALAS      *

      Plaintiff,            *

vs.                            *

                                        CASE NO. 4:08-CV-18 (CDL)

M. LINDA PIERCE, Clerk of      *
Court, et al.,
                                *

      Defendants.
                                *

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on February 12, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 29th day of February, 2008.

                                              /s/ Clay D. Land
                                                  CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE